

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| THE STATE OF TEXAS, | | No. 08-17-00036-CR |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | 243rd District Court |
| | § | |
| ERLINDA LUJAN, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC # 20160D04874) |
| | § | |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the part of the judgment suppressing the third statement (Exhibit 3 and 3a). We therefore reverse that part of the judgment of the court below and remand the cause for further proceedings, in accordance with the opinion of this Court.

The order suppressing the second recording (Exhibit 2 and 2a) is affirmed. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF SEPTEMBER, 2018.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.